# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>STANCLIFF, et al.,<br><br>              Defendants. | CASE NO. 1:07-cv-00128-LJO-SMS PC<br><br>ORDER GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 10)<br><br>ORDER DENYING MOTION TO COMPEL AS PREMATURE<br><br>(Doc. 11) |

      Plaintiff Anthony Joseph Stancliff ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2007, the court issued an order requiring plaintiff to either file an amended complaint or notify the court of his willingness to proceed only on the claims that had been found to be cognizable by the court. On July 16, 2007, plaintiff filed a motion seeking a ninety-day extension of time to file an amended complaint, and on July 23, 2007, plaintiff filed a motion to compel the production of documents and photographs.

      Plaintiff's motion for an extension of time of thirty days shall be granted. If plaintiff needs additional time beyond thirty days, he may file another request as the deadline approaches.

      Plaintiff's motion to compel is premature and shall be denied. Plaintiff may not conduct any discovery at this juncture, and further, plaintiff is not required to submit any evidence in support of his amended complaint. Plaintiff need only state the facts in support of his claims. Plaintiff is

1  directed to re-read paragraph 8 of the First Informational Order, which sets forth when the discovery
2  phase of this litigation will be opened.  (Doc. 7.)
3       Based on the foregoing, plaintiff's motion for a **thirty-day (30) day** extension of time to file
4  an amended complaint, filed July 16, 2007, is HEREBY GRANTED, and plaintiff's motion to
5  compel, filed July 23, 2007, is HEREBY DENIED as premature.

7  IT IS SO ORDERED.
8  **Dated:    July 25, 2007**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE