# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>STANCLIFF, et al.,<br><br>   Defendants.<br> | CASE NO. 1:07-cv-00128-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Anthony Joseph Sanchez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 23, 2007. The court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under section 1983 against defendant Stancliff for use of excessive physical force, in violation of the Due Process Clause.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that plaintiff's equal protection claim, First Amendment claim, defamation claim, due process claims except for the excessive force claim against Stancliff, denial of access to the courts claim, and claim against Kern County and the Kern County Sheriff's Department be dismissed, for failure to state a claim upon which relief may be granted under section 1983; and defendants Kern County, the Kern County Sheriff's Department, former Sheriff Carl Sparks, Officer Lindini, the John Doe Deputy, and the John Doe Sergeant be dismissed from this action, based on plaintiff's failure to state any claims upon which relief may be granted against them.
.

1. Service is appropriate for the following defendant:

    OFFICER STANCLIFF

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 23, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. Completed USM-285 form; and

    c. Two (2) copies of the endorsed complaint filed January 23, 2007.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    August 1, 2007**             /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE