# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>STANCLIFF, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-cv-00128-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE AN AMENDED COMPLAINT OR WITHDRAW HIS OBJECTION WITHIN THIRTY DAYS<br><br>(Doc. 17)<br><br>ORDER DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH A COMPLAINT FORM |

   Plaintiff Anthony Joseph Sanchez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2007, the court issued an order finding that plaintiff's complaint states a cognizable claim for relief under section 1983 against defendant Stancliff for use of excessive physical force, but does not state any other claims upon which relief may be granted under section 1983. Plaintiff was ordered to either file an amended complaint or notify the court of his willingness to proceed only on his excessive force claim against defendant Stancliff. On July 30, 2007, after obtaining an extension of time to file an amended complaint, plaintiff notified the court that he was rescinding his earlier notice of intent to amend and that he was willing to proceed only on his excessive force claim against defendant Stancliff. Based on plaintiff's notice, on August 2, 2007, the court issued a findings and recommendations recommending dismissal of all claims except for plaintiff's excessive force claim against defendant Stancliff. On August 13, 2007, plaintiff filed an objection.

1

1     Plaintiff's objection contradicts his notice that he does not wish to amend and is willing to
2 voluntarily proceed only on his excessive force claim against defendant Stancliff.  Plaintiff may not
3 have it both ways.  If plaintiff has objections to the dismissal of any of his claims, plaintiff is
4 required to file an amended complaint.  Plaintiff has the option of withdrawing his objection,
5 although he is not required to do so.  If plaintiff does not wish to withdraw his objection and stand
6 by his decision to proceed only against defendant Stancliff, plaintiff must file an amended complaint.
7     Accordingly, it is HEREBY ORDERED that:
8     1.    The Clerk's Office shall provide plaintiff with a complaint form;
9     2.    Within **thirty (30) days** from the date of service of this order, plaintiff must either
10     (1) file an amended complaint or (2) withdraw his objection in writing; and
11     3.    The failure to comply with this order will result in dismissal of this action.

13 IT IS SO ORDERED.

14 **Dated:   August 14, 2007**　　　　　　　　　　／s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE