# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ, | CASE NO. 1:07-cv-00128-LJO-SMS PC |
| Plaintiff, | ORDER DISREGARDING OBJECTION, AND VACATING FINDINGS AND RECOMMENDATIONS |
| v. | |
| STANCLIFF, et al., | (Docs. 15 and 17) |
| Defendants. | |

On August 15, 2007, the Court issued an order requiring plaintiff to either file an amended complaint or withdraw his objection to the recommendation that certain claims be dismissed for failure to state a claim. Plaintiff filed an amended complaint on September 10, 2007.[1]

Accordingly, plaintiff's objection, filed on August 13, 2007, is DISREGARDED, and the Findings and Recommendations, filed on August 2, 2007, is VACATED.

IT IS SO ORDERED.

**Dated:   September 12, 2007**          /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has a large number of cases pending and plaintiff's amended complaint will be screened in due course. Plaintiff is referred to the First Informational Order, paragraph 12. (Doc. 7.)

1