# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STANCLIFF, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00128-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 32)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR SERVICE OF PROCESS |

　　　　Plaintiff Anthony Joseph Sanchez ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On May 9, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. On May 14, 2008, Plaintiff filed a Notice stating that he is willing to proceed in accordance with the Findings and Recommendations. The Court construes it to be a notice of non-objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 9, 2008, is adopted in full;
2. This action shall proceed on Plaintiff's amended complaint, filed September 10, 2007, on the following claims:
    a. Plaintiff's claim against Defendant Stancliff for use of excessive physical force, in violation of the Due Process Clause;
    b. Plaintiff's claim against Defendant Stancliff for violation of the Equal Protection Clause;
    c. Plaintiff's claim against Defendants Stancliff and Lindini for deprivation of Plaintiff's liberty interest in his classification status without procedural due process; and
    d. Plaintiff's claim against the Kern County Sheriff's Department for violating Plaintiff's rights under the Due Process Clause with respect to an unconstitutional policy or practice of use of force;
3. Plaintiff's First Amendment claim, fraud claim, defamation claim, due process claims other than those identified above, aiding and abetting claim, denial of access to the courts claim, and claims for equitable relief are dismissed, for failure to state a claim upon which relief may be granted;
4. Defendants Kern County, former Sheriff Carl Sparks, and John Does 1 and 2 are dismissed from this action for failure to state a claim upon which relief may be granted against them; and
5. This matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

**Dated:   May 15, 2008**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE