# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ, | CASE NO. 1:07-cv-00128-LJO-SMS PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| STANCLIFF, et al., | |
| Defendants. | (Doc. 22) |

Plaintiff Anthony Joseph Sanchez ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 23, 2007. The Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states claims under section 1983 against Defendant Stancliff for use of excessive physical force in violation of the Due Process Clause and for violation of the Equal Protection Clause; against Defendants Stancliff and Lindini for deprivation of Plaintiff's liberty interest in his classification status without procedural due process; and against the Kern County Sheriff's Department for violating Plaintiff's rights under the Due Process Clause with respect to an unconstitutional policy or practice of use of force.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it

---

[1] By order filed May 16, 2008, Plaintiff's First Amendment claim, fraud claim, defamation claim, due process claims other than those identified above, aiding and abetting claim, denial of access to the courts claim, and claims for equitable relief were dismissed, for failure to state a claim upon which relief may be granted under section 1983; and Defendants Kern County, former Sheriff Carl Sparks, and John Does 1 and 2 were dismissed from this action for failure to state a claim upon which relief may be granted against them. (Doc. 35.)

is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    STANCLIFF, DETENTION OFFICER

    DAN LINDINI, DETENTION OFFICER

    KERN COUNTY SHERIFF'S DEPARTMENT

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed September 10, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Four (4) copies of the endorsed amended complaint filed September 10, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 19, 2008**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE