1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY JOSEPH SANCHEZ,              1:07-cv-00128-LJO-SMS (PC)

12              Plaintiff,               DISCOVERY ORDER
                                         SCHEDULING ORDER
13   v.

                                         Unenumerated Rule 12(b) Motion Deadline -    10/15/2008
14   STANCLIFF, et al.,                   Deadline to Amend Pleadings -                02/16/2009
                                          Discovery Cut-Off Date -                     04/15/2009
15              Defendants.              Dispositive Motion Deadline -                 06/15/2009

16   _____/

17          Defendants Kern County Sheriff's Department and Stancliff have answered the first

18   amended complaint filed on September 10, 2007.  Pursuant to Federal Rules of Civil Procedure 1,

19   16, and 26-36, discovery shall proceed as follows:

20          1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil

21   Procedure 5 and Local Rule 5-135, and shall only be filed when required by Local Rules 33-250(c),

22   34-250(c), and 36-250(c);

23          2.  Responses to written discovery requests shall be due forty-five (45) days after the

24   request is first served;

25          3.  To ensure that the responding party has forty-five (45) days after the request is first

26   served to respond, discovery requests must be served at least forty-five (45) days before the

27   discovery deadline;

28   ///

-1-

1    4.   Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and

2    any other witness confined in a prison upon condition that, at least fourteen (14) days before such a

3    deposition, defendants serve all parties with the notice required by Federal Rule of Civil Procedure

4    30(b)(1); and

5    5.   If disputes arise about the parties' obligations to respond to requests for discovery, the

6    parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules

7    of Civil Procedure and Rules 11-110, 7-130, 7-131, 5-133, 5-135, 6-136, 43-142, and 78-230(m) of

8    the Local Rules of Practice for the United States District Court, Eastern District of California.

9    Unless otherwise ordered, Local Rule 37-251 shall not apply, and the requirement set forth in

10   Federal Rules of Civil Procedure 26 and 37 that a party seeking relief from the court certify that he

11   or she has in good faith conferred or attempted to confer with the other party or person in an effort to

12   resolve the dispute prior to seeking court action shall not apply.  Voluntary compliance with this

13   provision of Rules 26 and 37 is encouraged, however.  A discovery motion that does not comply

14   with all applicable rules will be stricken and may result in imposition of sanctions.

15   Further:

16   6.   The parties are advised that the deadline for filing motions to dismiss for failure to

17   exhaust the administrative remedies pursuant to the unenumerated portion of Federal Rule of Civil

18   Procedure 12(b) shall be October 15, 2008;

19   7.   The deadline for amending the pleadings shall be February 16, 2009;

20   8.   The parties are advised that the deadline for the completion of all discovery, including

21   filing motions to compel, shall be April 15, 2009;

22   9.   The deadline for filing pre-trial dispositive motions shall be June 15, 2009;[1]

23   10.  **A request for an extension of a deadline set in this order must be filed on or**

24   **before the expiration of the deadline in question**; and

25   ///

26   _____

27   [1] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust.  Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline

28   separately set forth in this order.

1        11.  **Extensions of time will only be granted on a showing of good cause.**

2

3   IT IS SO ORDERED.

4   **Dated:     August 18, 2008**                    _____/s/ Sandra M. Snyder_____
                                                  UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28