# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANCLIFF, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00128-LJO-SMS PC<br><br>ORDER DENYING MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 47) |

Plaintiff Anthony Joseph Sanchez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2008, Plaintiff filed a motion seeking entry of default against Defendant Lindini.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). There is no evidence in the record that Defendant Lindini waived service or was personally served. The issuance of an order directing the *initiation* of service *proceedings* is not service of process.[1]

///
///
///

---

[1] The Court manages service of process by the United States Marshal. At this juncture, the service packet has not been returned to the Court and there is no action for Plaintiff to take. Plaintiff will be informed by court order if action on his part becomes necessary.

1

1 | Plaintiff's motion for entry of default against Defendant Lindini is HEREBY DENIED.

3 | IT IS SO ORDERED.

4 | **Dated:   October 10, 2008**                        **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE