# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STANCLIFF, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-00128-LJO-SMS PC<br><br>ORDER STRIKING IMPROPERLY FILED DISCOVERY REQUESTS<br><br>(Doc. 48, Pages 1-8)<br><br>ORDER DISREGARDING OBJECTION<br><br>(Doc. 48, Pages 9-10) |

　　　　Plaintiff Anthony Joseph Sanchez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant Stancliff for use of excessive physical force in violation of the Due Process Clause and for violation of the Equal Protection Clause; against Defendants Stancliff and Lindini for deprivation of Plaintiff's liberty interest in his classification status without procedural due process; and against the Kern County Sheriff's Department for violating Plaintiff's rights under the Due Process Clause with respect to an unconstitutional policy or practice of use of force. On October 6, 2008, Plaintiff filed a request for the production of documents, entitled "Plaintiff's Motion for Discovery and Order to Produce."

　　　　It is improper to file discovery requests with the Court unless they are subject to dispute, such as in a motion to compel, or are needed as evidence in a court proceeding. In this instance, there is no proceeding before the Court requiring their submission. Plaintiff is to serve discovery requests directly on Defendants' counsel. The Court does not get involved unless a dispute arises. Pursuant

1  to the First Informational Order, filed on March 2, 2007, the improperly filed discovery requests shall
2  be stricken from the record.  (Doc. 7, ¶8.)
3       Attached to Plaintiff's discovery requests is an objection to the Kern County Counsel's
4  Office representing both Defendant Stancliff and the County.  There is no merit to Plaintiff's
5  objection. Defendants in a civil rights suit are not required to obtain separate counsel. The objection
6  is disregarded.
7       Based on the foregoing it is HEREBY ORDERED that Plaintiff's improperly filed discovery
8  requests are STRICKEN (pages 1-8 of doc. 48), and Plaintiff's objection to the Kern County
9  Counsel's Office representing both Defendant Stancliff and the County is DISREGARDED (pages
10  10-11 of doc. 48).

12  IT IS SO ORDERED.
13  **Dated:     October 10, 2008**              /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE