IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>STANCLIFF, et al.,<br><br>          Defendants.<br>_____ / | 1:07-cv-00128-LJO-SMS PC<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE<br><br>(DOCUMENT #58)<br><br>30-DAY DEADLINE |

On December 15, 2008, plaintiff filed a motion to extend time to respond to court's order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days from** the date of service of this order in which to respond to court's order to show cause.

IT IS SO ORDERED.

**Dated:     December 19, 2008**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE