1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  ANTHONY JOSEPH SANCHEZ,              CASE NO. 1:07-cv-00128-LJO-SMS PC

10              Plaintiff,              ORDER STRIKING NOTICE

11      v.                             (Doc. 60)

12  STANCLIFF, et al.,                 ORDER GRANTING MOTION FOR THIRTY-
                                       DAY EXTENSION OF TIME TO FILE
13              Defendants.            RESPONSE TO ORDER TO SHOW CAUSE

14                                     (Doc. 61)
    _____/

15

16        Plaintiff Anthony Joseph Sanchez ("Plaintiff") is a state prisoner proceeding pro se and in

17  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 5, 2009, Plaintiff

18  filed a document entitled "Plaintiff's Notice of Specific Dates of Events and Other Previously

19  Unknown Information."  The information set forth in the notice was apparently obtained by Plaintiff

20  through discovery.  Plaintiff may not simply add facts or evidence to the record piecemeal.  Plaintiff

21  cites no legal authority in support of the submission and the notice is not a legally recognizable

22  filing.  Therefore, the notice is HEREBY ORDERED STRICKEN from the record.

23        On January 20, 2009, Plaintiff filed a motion seeking a second extension of time to file a

24  response to the Court's order directing him to show cause why Defendant Lindini should not be

25  dismissed from this action for failure to provide information sufficient for the United States Marshal

26  to effect service of process.  Fed. R. Civ. P. 4(m).  Plaintiff's motion is HEREBY ORDERED

27  ///

28  ///

1

1   GRANTED and Plaintiff shall have **thirty (30) days** from the date of service of this order within

2   which to file a response to the order to show cause.

3

4   IT IS SO ORDERED.

5   **Dated:    January 23, 2009**                          /s/ **Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28