# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOSEPH SANCHEZ, | CASE NO. 1:07-cv-00128-LJO-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF BLANK SUBPOENAS, WITHOUT PREJUDICE TO RENEWAL |
| v. | |
| STANCLIFF, et al., | (Doc. 60) |
| Defendants. | |

Plaintiff Anthony Joseph Sanchez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 2, 2009, Plaintiff filed a motion seeking the issuance of three blank subpoenas for the production of documents from non-parties.

Subject to certain requirements set forth herein, Plaintiff is entitled to the issuance of subpoenas commanding the production of documents from non-parties, and to service of the subpoenas by the United States Marshal. Fed. R. Civ. P. 45; 28 U.S.C. 1915(d). However, the Court will consider granting such a request *only if* the documents sought from the non-party are not equally available to Plaintiff and are not obtainable from Defendants through a request for production of documents. Fed. R. Civ. P. 34. If Plaintiff wishes to make a request for the issuance of a records subpoena, he may file a motion requesting the issuance of a subpoena duces tecum that (1) identifies with specificity the documents sought and from whom, and (2) makes a showing in the motion that the records are only obtainable through that third party.

///

1

1 | Plaintiff's motion for the issuance of three subpoenas duces tecum is HEREBY DENIED,
2 | without prejudice to renewal.
3 |
4 | IT IS SO ORDERED.
5 | **Dated:   March 11, 2009**            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE